No. 95–376. UNISYS CORP. *v.* PICKERING ET AL.; and

No. 95–593. PICKERING ET AL. *v.* UNISYS CORP. C. A. 3d Cir. Certiorari denied. Reported below: 57 F. 3d 1255.

No. 95–781. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSN., SUCCESSOR-BY-MERGER TO SECURITY PACIFIC NATIONAL BANK, TRUSTEE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SANTA BARBARA SAVINGS AND LOAN ASSN. C. A. 9th Cir. Certiorari denied.

No. 95–816. MIER *v.* VAN DYKE, ADJUTANT GENERAL, ARIZONA ARMY NATIONAL GUARD, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–845. WHITE *v.* CITY OF TAYLOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–955. GORDON *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 95–957. BRAZIL *v.* DALTON, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–969. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–970. MERCER *v.* MONZACK. C. A. 1st Cir. Certiorari denied.

No. 95–978. CARUSO ET AL. *v.* KELLY, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1000. HENNESSY ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MERITOR SAVINGS BANK, ET AL.; and

No. 95–1002. HANNA ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 3d Cir. Certiorari denied. Reported below: 58 F. 3d 908.

No. 95–1007. WASHINGTON SUBURBAN SANITARY COMMISSION *v.* WESTFARM ASSOCIATES LIMITED PARTNERSHIP ET AL. C. A. 4th Cir. Certiorari denied.